AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __NORTH CAROLINA__

*Shelly Washington*

## BILL OF COSTS

V.

Case Number: 5:09-CT-3131-FL

*Superintendent Rick Anderson et al.,*

Judgment having been entered in the above entitled action on __5 Aug 2010__ against __Shelly Washington__,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 6.90 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 20.00 |
| TOTAL | $ 26.90 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __S.Washington Pamlico CI 601 N 3rd St Bayboro 28515__.

Signature of Attorney: *[signature]*

Name of Attorney: __Peter A. Regulski__

For: __Anderson, Dilliard, Kishbaugh, and Holme__ Date: __11 Aug 2010__
Name of Claiming Party

Costs are taxed in the amount of __$ 26.90__ and included in the judgment.

*[signature]* By: _____ __Oct 29 2010__
Clerk of Court Deputy Clerk Date